UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.11-20470-CR-LENARD

UNITED STATES OF AMERICA

vs.

DAVID WILLIAM POLLACK

   Defendant.
_____/

## FACTUAL PROFFER

  The United States of America and DAVID WILLIAM POLLACK stipulate that if this case had proceeded to trial, the United States would have proven the following beyond a reasonable doubt:

  That within the time frame set forth in the Superseding Indictment, the Defendant, David William Pollack, Alvaro Lopez Tardon and others, entered into an agreement to violate the money laundering laws of the United States.

  Specifically, Alvaro Lopez Tardon headed an organization which trafficked in multi-thousand kilo quantities of cocaine from South America to Spain. In 2006, Pollack was recruited by Alvaro Lopez Tardon to assist him in the drug trafficking venture. At Lopez Tardon's direction, Pollack flew numerous times to Peru to package cocaine for Lopez Tardon. These shipments of cocaine were sent to Spain for subsequent distribution throughout Europe. Again, at Lopez Tardon's direction, Pollack traveled to Spain to assist in the distribution of the cocaine. Lopez Tardon, Pollack and the other members of the cocaine trafficking organization received Euros in Spain in payment for the cocaine.

Lopez Tardon and Pollack both lived in Miami, Florida during the conspiracy. Accordingly, they wanted to transport the Euros in Spain which were the proceeds of the cocaine sales to the United States where they would be converted to US dollars or would other wise be exchanged for real or personal property. In order to accomplish this, Pollack and Lopez Tardon used various means to transport and convert the money including body carrying the Euros for subsequent conversion to US Dollars and wire transfers of the money.

The cocaine distributed by Pollack and Lopez Tardon was in excess of 150 kilograms and the value of the funds which Pollack agreed to launder with Lopez Tardon in the United States was more than $7,000,000 but less than $20,000,000.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 4/25/12

By: _____
JUAN A. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 4/25/12

By: _____
DAVID RABEN, ESQUIRE
ATTORNEY FOR DEFENDANT

Date: 4/25/12

By: _____
DAVID WILLIAM POLLACK
DEFENDANT

2