SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT: **DAVID WILLIAM POLLACK**

CASE NO. 11-20470-CR(s)

| | |
|---|---|
| Deputy Clerk P.Mitchell | DATE July 9, 2012 |
| Court Reporter Lisa Edwards | USPO Wendy Squintero |
| AUSA Tony Gonzalez | Deft's Counsel David Raben/David Weisman |
| Interpreter: none | Time 4:05pm - 4:15pm |

COUNTS DISMISSED  Remaining

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

Sentencing cont'd until _____ at _____ PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
| | | 135 | 1 |

Supervised Release 2yrs.    Conditions: mental health treatment, drug/alcohol treatment, search property, financial disclosure, self employment restrictions.    Forfeiture included

### Probation

| Years | Months | Counts |
|---|---|---|
| | | |

Assessment $100    Restitution $____    Fine $____

### CUSTODY

 X   **Remanded to the Custody of the U.S. Marshal Service**
___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U.S. Marshal Service_____
 x   Recommendation evaluation for drug program; S/FL or close due to health of father.